FILED
MAY - 3 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROOSTER PRODUCTS INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. SA04CA0864 XR |
| CUSTOM LEATHERCRAFT MFG. CO., INC., | § § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO ENTER PROPOSED SCHEDULING ORDER

Plaintiff, Rooster Products International, Inc., respectfully files this Unopposed Motion to Enter Proposed Scheduling Order which Proposed Scheduling Order is attached hereto.

The Proposed Scheduling Order has been agreed to by all the parties herein.

Concerning the proposed dates, the parties realize that Court may need to adjust those dates according to the Court's schedule.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the attached Scheduling Order be entered by the Court.

1

Respectfully submitted,

GUNN & LEE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
(210) 886-9500
(210) 886-9883 - Fax

By: _____
John C. Cave
State Bar No. 00783812

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of "Unopposed Motion to Enter Proposed Scheduling Order" was served on the following attorney(s) of record on the 3rd day of May, 2005 via facsimile transmission.

>L. Dan Tucker
>Locke Liddell & Sapp LLP
>2200 Ross Avenue, Suite 2200
>Dallas, Texas 75201

_____
John C. Cave

G:\TDL\Rooster\CLC\TEXAS\Mot Enter Scheduling Order 022205.doc