FILED

MAY 13 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Rooster Products International, Inc. | § § § |
| V. | §  CIVIL NO. SA-04-CV-864-XR § |
| Custom Leathercraft Mfg. Co., Inc. | § § § |

## SCHEDULING ORDER

On this date came on to be considered the Unopposed Motion to Enter Proposed Scheduling Order (**Doc. no. 25**). The Court is of the opinion that the motion should be **GRANTED**. Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court has considered the parties' recommendations for scheduling deadlines in the above numbered and styled cause and issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88(b) shall be filed by **May 27, 2005**. A list of court-approved neutrals is attached.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **May 13, 2005** and each opposing party shall respond, in writing, by **May 20, 2005**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **June 10, 2005.**

4. All parties asserting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **August 12, 2005**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **September 09, 2005**. All designations of rebuttal experts shall be FILED within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 21, 2005**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-

deadline discovery.

7. All dispositive motions shall be filed no later than **November 23, 2005.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 25 pages in length.

8. This case is set for **Pretrial Conference on Wednesday, February 1, 2006 at 9:30 A.M.** and **Jury Selection/Trial on Monday, February 13, 2006 at 9:30 A.M.**, in Courtroom No. 3, First Floor of the John H. Wood, Jr. Courthouse, 655 E. Durango, San Antonio, Texas 78206. The parties shall file their pretrial submissions in the form set out in Rule CV-16(e) to the Local Rules for the Western District not later than **January 23, 2006.**

SIGNED this 13th day of May, 2005.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE



# LIST OF MEDIATORS
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Revised March 24, 2005

| NAME OF MEDIATOR | ADDRESS OF MEDIATOR | TELEPHONE NO. |
|---|---|---|
| Mr. Daniel C. Andrews | 10100 Reunion Pl., Suite 600, San Antonio, TX 78216 | (210) 344-3900 |
| Mr. Keith M. Baker | 8918 Tesoro Dr., Suite 418, San Antonio, TX 782170 | (210) 822-1714 |
| Mr. Emerson Banack, Jr. | 745 E. Mulberry, Suite 900, San Antonio, TX 78212 | (210) 736-6600 |
| Mr. Byron E. Barnett | 6838 San Pedro Ave., San Antonio, TX 78216 | (210) 826-0409 |
| Mr. Kenneth L. Bennight, Jr. | 2914 Trail End Drive, San Antonio, TX 78209 | (210) 826-7071 |
| Mr. Terry S. Bickerton | 3355 Cherry Ridge, Suite 200, San Antonio, TX 78230 | (210) 340-9087 |
| Ms. Cynthia Glass Bivins | 112 E. Pecan St., San Antonio, TX 78205 | (210) 354-1300 |
| Ms. Judith R. Blakeway | 300 Convent Street, Suite 900 ., San Antonio, TX 78205 | (210) 250-6004 |
| Mr. Charles Russell Bomba | 11230 West Ave., Suite 3201, San Antonio, TX 78213 | (210) 366-2317 |
| Mr. Mario P. Bordini | 601 N.W. Loop 410, Suite 200, San Antonio, TX 78216 | (210) 524-8800 |
| Mr. John K. Boyce III | 745 E. Mulberry, Suite 850, San Antonio, TX 78212 | (210) 736-2222 |
| Mr. Roger G. Bresnahan | 6919 Blanco Road, San Antonio, TX 78216 | (210) 222-9494 |
| Ms. Leslie Selig Byrd | 106 S. St. Mary's Street, Suite 800, San Antonio, TX 78205 | (210) 226-1166 |
| Mr. Hope H. Camp, Jr. ** | 14100 San Pedro, Suite 611, San Antonio, TX 78232 | (210) 495-0997 |
| Mr. Ruben D. Campos | 419 S. Presa, San Antonio, TX 78205 | (210) 223-2700 |
| Mr. Joseph Casseb | 2122 N. Main Ave., P.O. Box 120480, San Antonio, TX 78212 | (210) 733-6030 |
| Mr. Allen Webster Church | 9320 Berean Way, Garden Ridge, TX 78266 | (210) 967-6700 |
| Mr. John E. Clark | 2122 N. Main Ave., P.O. Box 120480 , San Antonio, TX 78212 | (210) 733-6030 |
| Mr. L. Dean Cobb | P. O. Box 1747, Austin, TX 78767 | (512) 469-9001 |
| Mr. K. Blake Coffee | 112 E. Pecan, Suite 2600, San Antonio, TX 78205 | (210) 349-0515 |
| Mr. Gershon D. Cohen | 999 East Basse Rd, Suite 180, San Antonio, TX 78209 | (210) 826-7299 |
| Mr. John Compere | 725 N. Frost Center, 1250 NE Loop 410, San Antonio, TX 78209-1555 | (210) 822-2018 |
| Mr. Michael Curry, Jr. | 823 Congress Ave., Suite 1100, Austin, TX 78701 | (512) 474-5573 |
| Mr. Gerald Thomas Drought | 300 Convent Street, 25th Floor, San Antonio, TX 78205 | (210) 227-7591 |
| Ms. Helen M. Eversberg | 300 Convent Street, Suite 900, San Antonio, TX 78205 | (210) 250-6069 |
| Mr. Wayne I. Fagan | 219 E. Houston St., Suite 400, San Antonio, TX 78205-1457 | (210) 224-4114 |
| Mr. Stanley E. Faye | 9901 IH 10 West, Suite 800, San Antonio, TX 78230-2292 | (210)558-2897 |

| NAME OF MEDIATOR | ADDRESS OF MEDIATOR | TELEPHONE NO. |
|---|---|---|
| Mr. Leo D. Figueroa | 111 Soledad, Suite 1900, San Antonio, TX 78205 | (210) 224-1054 |
| Mr. Stephen R. Fogle | 112 E. Pecan, Suite 2100, San Antonio, TX 78205 | (210) 978-7720 |
| Mr. Michael R. Ford | 20003 Messina, San Antonio, Texas 78258 | (210) 545-0076 |
| Mr. John Joseph Franco, Jr. | 2600 Weston Centre, 112 E. Pecan, San Antonio, TX 78205 | (210) 354-1300 |
| Mr. Edward J. Freeman | 336 Rim Rock Road, Kerrville, TX 78028 | (830) 895-0713 |
| Mr. Gary L. Fuller | 70 N.E. Loop 410, Suite 1100, San Antonio, TX 78216 | (210) 734-7092 |
| Mr. Juan Gallardo | 5804 Babcock Road, Suite 365, San Antonio, TX 78240 | (830) 980-9665 |
| Mr. Robert E. Golden | 70 N.E. Loop 410, Suite 440, San Antonio, TX 78216-5842 | (210) 366-0900 |
| Mr. Geoffrey E. Goring | 224 Gardenview Dr., San Antonio, TX 78213-1909 | (210) 344-3116 |
| Mr. Samuel R. Graham | 114 W. 7th Street, 800 Norwood Tower, Austin, TX 78701 | (512) 476-1178 |
| Ms. Danielle L. Hargrove | 16106 Deer Crest, San Antonio, TX 78248 | (210) 313-8811 |
| Mr. Reese L. Harrison, Jr. | 711 Navarro, Suite 600, San Antonio, TX 78205 | (210) 224-2000 |
| Mr. Michael R. Hedges | 2122 North Main Ave., P.O. Box 120480, San Antonio, TX 78212 | (210) 733-6030 |
| Mr. Dale Hicks | 115 East Travis, 1530 Milam Bldg., San Antonio, TX 78205 | (210) 227-7000 |
| Mr. James N. Higdon | 12000 Huebner, Suite 200, San Antonio, TX 78230 | (210) 349-9933 |
| Mr. James M. Hill, Jr. | 1580 S. Main St., Suite 200, Boerne, TX 78006 | (830) 816-3333 |
| Mr. William H. Hornbuckle, III | 111 Soledad, Suite 300, San Antonio, TX 78205 | (210) 299-7711 |
| Mr. Richard H. Ihfe | 7300 Blanco Rd., Suite 701, San Antonio, TX 78216 | (210) 377-3706 |
| Mr. J. Andrew Ivins | 28295 IH-10 West, Suite 4-150, Boerne, TX 78006 | (210) 698-1171 |
| Mr. Gary W. Javore | 5802 N.W. Expressway, San Antonio, TX 78201 | (210) 733-6235 |
| Mr. Will C. Jones IV | 111 Soledad, Suite 1111, San Antonio, Texas 78205 | (210) 222-1500 |
| Mr. Joel H. Klein | 6800 Park Ten Blvd., Suite 264-South, San Antonio, TX 78213-4204 | (210) 734-4488 |
| Mr. Daniel Y. Kruger | 8118 Datapoint Drive, San Antonio, TX 78229-3268 | (210) 614-6400 |
| Mr. Daniel Oren Kustoff | 4103 Parkdale, Suite 350, San Antonio, TX 78229 | (210) 614-9444 |
| Mr. William H. Lemons III | 711 Navarro Street, Suite 210, San Antonio, TX 78205-2805 | (210) 224-5399 |
| Mr. Daniel J. Loveland | 17300 Henderson Pass, #240, San Antonio, TX 78232 | (210) 495-0700 |
| Mr. M. Scott Magers | 1363 Twilight Ridge, San Antonio, TX 78258-3632 | (210) 545-0792 |
| Mr. Glen D. Mangum | 111 Soledad, Suite 725, San Antonio, TX 78205 | (210) 227-3666 |
| Mr. Philip Marzec | 711 Navarro, Suite 100, San Antonio, TX 78205 | (210) 225-0041 |
| Mr. James A. Mayer | 10100 Reunion Place, Suite 300, San Antonio, TX 78216 | (210) 342-5555 |
| Ms. Cheryl L. McMullan | 111 Soledad, Suite 300, San Antonio, TX 78205 | (210) 212-4076 |
| Mr. William M. McNaught | 314 E. Commerce, Suite 710, San Antonio, TX 78205 | (210) 886-9022 |

| NAME OF MEDIATOR | ADDRESS OF MEDIATOR | TELEPHONE NO. |
|---|---|---|
| Mr. Wallace C. Mencke      ** | 7718 Broadway, San Antonio, TX 78209-3291 | (210) 828-6777 |
| Ms. Elizabeth Murray-Kolb ** | 515 East Court Street, Seguin, TX 78155 | (830) 303-1099 |
| Mr. Dan A. Naranjo       ** | P.O. Box 781828., San Antonio, TX 78278 | (210) 344-9823 |
| Mr. Stephen A. Nisbet | 5835 Callaghan Rd., Suite 250, San Antonio, TX 78228-1125 | (210) 681-1313 |
| Mr. Marion A. Olson, Jr. | 1020 N.E. Loop 410, Suite 800, San Antonio, TX 78209 | (210) 824-1460 |
| Mr. Randolph N. Osherow | 342 W. Woodlawn, Suite 300, San Antonio, TX 78212 | (210) 738-3001 x212 |
| Mr. Jack Pasqual, Sr. | 239 E. Commerce Street, San Antonio, TX 78205 | (210) 226-5125 |
| Mr. Michael H. Patterson | 800 N.W. Loop 410, Suite 390N, San Antonio, TX 78216 | (210) 308-7077 |
| Mr. J. Randall Patterson | 14800 San Pedro, Suite 120, San Antonio, TX 78232 | (210) 377-3111 |
| Mr. Larry R. Patton | 7711 Broadway, #9C, San Antonio, TX 78209 | (210) 821-5890 |
| Mr. Thomas H. Peterson | P. O. Box 781245, San Antonio, TX 78278-1245 | (210) 558-8585 |
| Mr. Vick Putman | 2700 Tower Life Bldg., 310 S. St. Mary's St., San Antonio, TX 78205 | (210) 226-0221 |
| Mr. Tom Reavley | 1301 West 25th Street, Suite 525, Austin, TX 78705-4248 | (512) 476-2464 |
| Mr. Charles Darby Riley | 320 Lexington Avenue, San Antonio, Texas 78212 | (210) 225-7236 |
| Mr. Mitchell S. Rosenheim | P.O. Box 376, Hunt, TX 78024 | (830) 238-3558 |
| Mr. Robert A. Rowland III | 4605 Post Oak Pl., Suite 125, Houston, TX 77027-9729 | (713) 840-1560 |
| Mr. Mark Anthony Sanchez | 115 E. Travis, Suite 618, San Antonio, TX 78205 | (210) 222-8899 |
| Ms. Nissa Mykleby Sanders | 112 E. Pecan Street, Suite 800, San Antonio, TX 78205 | (210) 225-5551 |
| Mr. Charles W. Scholz | 3308 Broadway, Suite 203, San Antonio, TX 78209 | (210) 828-2611 |
| Hon. William S. Sessions | 2009 Pennsylvania Ave NW, Suite 100, Washington, DC 20006 | (202) 955-3000 |
| Mr. Patrick K. Sheehan | 700 N. St. Mary's St., Suite 600, San Antonio, TX 78205 | (210) 271-1700 |
| Mr. Michael Shearn | 112 East Pecan St., Suite 2900, San Antonio, TX 78205 | (210) 229-3003 |
| Mr. Walden E. Shelton, Jr. | 8000 IH 10 West, Suite 600, San Antonio, TX 78230 | (210) 696-4900 |
| Mr. Charles L. Smith | 112 East Pecan St., Suite 900, San Antonio, TX 78205 | (210) 246-5611 |
| Mr. Thomas J. Smith | 700 N. St. Mary's, #1000, One Riverwalk Place, San Antonio TX 78205 | (210) 227-7565 |
| Mr. Frank R. Southers | 9601 McAllister Freeway, Suite 1250, San Antonio, TX 78216 | (210) 340-8880 |
| Mr. Richard A. Sparr, Jr. | 1313 N.E.Loop 410, Suite 100, San Antonio, TX 78209 | (210) 828-6500 |
| Hon. Rose Spector | 816 Congress, Suite 1700, Austin, TX 78701-2443 | (512) 404-7867 |
| Mr. David Stephenson | 112 E. Pecan, Suite 1500, San Antonio, TX 78205 | (210) 227-7121 |
| Mr. Stevan R. Stough | P.O. Box 700732, San Antonio, TX 78270 | (210) 497-3032 |
| Ms. Margaret P. Sullivan-Pace | 218 Encino, San Antonio, TX 78209 | (210) 826-1442 |

| NAME OF MEDIATOR | ADDRESS OF MEDIATOR | TELEPHONE NO. |
|---|---|---|
| Ms. Sharon Breckenridge Thomas | St. Mary's University, One Camino Santa Maria, San Antonio, TX 78228 | (210) 436-3541 |
| Mr. Carl Payne Tobey, Jr. | 26545 IH-10, Suite 100, Boerne, TX 78006 | (210) 698-1805 |
| Mr. Randolph P. Tower | 112 E. Pecan, Suite 1500, San Antonio, TX 78205 | (210) 227-7121 |
| Mr. Robert S. Trudeau | 613 N.W. Loop 410, Suite 550, San Antonio, TX 78216 | (210) 308-6688 |
| Mr. Gerald A. Uretsky | 116 Pinecrest Blvd., #7, San Antonio, TX 78209 | (210) 820-8294 |
| Mr. Thomas H. Veitch | 100 W. Houston St., Suite 1500, San Antonio, TX 78205 | (210) 224-9144 |
| Mr. Robert W. Wachsmuth | 112 E. Pecan, Suite 1300, San Antonio, TX 78205 | (210) 227-8800 |
| Mr. Douglas C. Walsdorf | 8411 Wickersham, Suite 200, San Antonio, TX 78250 | (210) 523-6338 |
| Mr. Ray A. Weed | 745 E. Mulberry, Suite 500, San Antonio, TX 78212 | (210) 731-6300 |
| Mr. George Lamborn West | P.O. Box 12373, San Antonio, TX 78212 | (210) 229-9378 |
| Mr. David Jed Williams | 7373 Broadway, Suite 300, San Antonio, TX 78209 | (210) 271-1700 |
| ** DENOTES FLUENT IN SPANISH LANGUAGE | | |

UNITED STATES DISTRICT COURT
Western District of Texas

## Alternative Dispute Resolution Summary

1. Style of case: _____

2. Civil action number: _____

3. Nature of suit: _____

4. Date of Mediation: _____

5. When did the case settle?  ☐ Before ADR    ☐ In ADR    ☐ Did Not Settle

6. What was your total fee?  $_____  or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☐ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: _____       Name: _____
Address: _____       Address: _____
            _____                    _____
Phone: _____       Phone: _____

Name: _____       Name: _____
Address: _____       Address: _____
            _____                    _____
Phone: _____       Phone: _____

9. Additional comments: _____
_____

_____       _____
Signature of Neutral                              Date

_____       _____
Address                                              Phone

---

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*